| KEITH EZIDORE | NO. 25-KH-56 |
| --- | --- |
| VERSUS | FIFTH CIRCUIT |
| TIMOTHY HOOPER, WARDEN | COURT OF APPEAL |
| | STATE OF LOUISIANA |

August 13, 2025

Linda Tran

First Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Susan M. Chehardy,
Fredericka Homberg Wicker, and Timothy S. Marcel

**<u>REHEARING DENIED WITHOUT REASONS</u>**

**TSM**
**SMC**
**FHW**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **08/13/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-KH-56**

### E-NOTIFIED

Richard M. A. Davis (Relator)          Elena Malik (Relator)          J. Taylor Gray (Respondent)
Arielle S. Anderson (Amicus)          Irena Zajickova (Respondent)

### MAILED

Michele Farquhar  (Amicus)
Sam H. Zwingli  (Amicus)
Tianyu (John) Dong  (Amicus)
Jordyn Johnson  (Amicus)
Surya Swaroop  (Amicus)
Attorney at Law
Hogan Lovells US LLP
555 13th Street, North West
Washington, DC 20004